October 31, 2013



# JUDGMENT

# The Fourteenth Court of Appeals

MORRELL MASONRY SUPPLY, INC., Appellant

NO. 14-12-00684-CV            V.

BRICKLAND HOMES, INC., Appellee

_____

This cause, an appeal from the judgment in favor of appellee, Brickland Homes, Inc., signed April 20, 2012, was heard on the transcript of the record. We have inspected the record and hold the trial court erred by granting summary judgment dismissing Morrell Masonry Supply Inc.'s August and September Lien claims. We therefore order that the portions of the judgment granting summary judgment on those claims and awarding attorneys' fees are **REVERSED** and the case is **REMANDED** for further proceedings in accordance with this court's opinion.

We find no error in the remainder of the judgment and order it **AFFIRMED**.

We order that each party shall pay its costs by reason of this appeal.

We further order this decision certified below for observance.